IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RICHARD BILLINSTINE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 00-J-1755-E |
| ) | |
| IMMIGRATION AND NATURALIZATION ) | |
| SERVICE, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

The petitioner, Richard Billinstine, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The respondent filed a response to this court's order to show cause why the relief should not be granted. (Doc. 6). On April 4, 2002, the respondent filed a motion to dismiss the petition as being moot due to the fact that the petitioner has been repatriated to Jamaica. (Doc. 8).

Premised on the foregoing, the respondent's motion to dismiss is due to be granted. Billinstine's petition for a writ of habeas corpus is due to be dismissed as moot. An appropriate order will be entered.

**DONE**, this ___9___ day of April, 2002.

INGE P. JOHNSON
United States District Judge